IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> GEORGE WOLFF, <br><br> Respondent. | NO. C-07-0189-CRB <br><br><br> **ORDER ENFORCING SUMMONS** |

This case having come on for hearing on March 16, 2007, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, George Wolff, shall appear before Revenue Officer Jeanette Farmer, or any other designated agent, on April 20, 2007, at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, San Francisco, CA 94102, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this _16_ day of _Mar_, at San Francisco, California.

UNITED STATES DISTRICT JUDGE



# Summons

In the matter of George Wolf, Po Box 26749, San Francisco, CA 94126-6749
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**
Periods: **See attachment for Period information**

## The Commissioner of Internal Revenue

To: **GEORGE WOLFF**
At: **655 MONTGOMERY ST., STE 940, SAN FRANCISCO, CA 94126**

You are hereby summoned and required to appear before JEANETTE FARMER, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period JANUARY 1, 2005 to OCTOBER 31, 2006, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

450 GOLDEN GATE AVE., 6TH FL., SAN FRANCISCO, CA 94102   415-522-4323

Place and time for appearance at   450 GOLDEN GATE AVE., 6TH FL., SAN FRANCISCO, CA 94102

on the 14 day of NOVEMBER, 2006 at 10:00 o'clock A m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this 31 day of October, 2006

_Signature of Issuing Officer_    REVENUE OFFICER
                                  Title

_Signature of Approving Officer (if applicable)_   ACTING GENERAL MANAGER
                                                   Title

Exhibit A    Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: October 31, 2006   Time: 9:04

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: 655 Montgomery St. Ste 940 San Francisco, CA 94121

Signature: Janett Farmer   Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: October 31, 2006   Time: 9:04

Name of Noticee: George Wolff

Address of Noticee (if mailed): 655 Montgomery St. Ste 940 San Francisco, CA 94121

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: Janett Farmer   Title: Revenue Officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form 2039 (Rev. 10-2006)